## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DETERRIUS LAMONT WILSON**  PETITIONER
ADC #148279

V.                    NO. 5:15CV00017-BRW-JTR

**WENDY KELLEY**, Director  RESPONDENT
Arkansas Department of Correction

### ORDER

Respondent has filed a Response arguing that Wilson's 28 U.S.C. § 2254 habeas claims are barred by the one-year statute of limitations, are procedurally defaulted due to Wilson's failure to raise them in state court, or are without merit. *Doc. 7*. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Wilson is directed to file, **on or before April 13, 2015,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 11th DAY OF March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE